THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00062-MR

| | |
|---|---|
| i play, inc., ) | |
| Plaintiff, ) | |
| vs. ) | **O R D E R** |
| Winc Design Limited and Pure Precision, Limited, ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Defendant Pure Precision, Limited's motion for the admission of attorney Eric G. King as counsel *pro hac vice*. [Doc. 8]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 8] is **ALLOWED**, and Eric G. King is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**   Signed: July 1, 2013

Martin Reidinger
United States District Judge