THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00062-MR

| | | |
|---|---|---|
| **i play. inc.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **Winc Design Limited and Pure Precision Limited,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on Defendant Pure Precision, Limited's Motion to Extend Time to Reply and Stay Proceedings [Doc. 28].

Upon careful review and consideration, the Court grants the motion. The parties are advised, however, that it is unlikely that the stay will be extended beyond the sixty days.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 28] is **GRANTED**, and all deadlines in this matter are hereby **STAYED** for a period of sixty (60) days.

**IT IS FURTHER ORDERED** that upon the conclusion of the 60-day period, the stay shall be automatically lifted. Upon the lifting of the stay, the parties shall file a stipulation of dismissal or, in the event that the matter

has not been resolved, the Defendant shall file its reply in support of its motion to dismiss.

**IT IS SO ORDERED.**   Signed: October 28, 2013

Martin Reidinger
United States District Judge